## CITIBANK (SOUTH DAKOTA) N.A. *v.* RICHARD M. FARINA

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 901 (AC 31635), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Richard M. Farina,* pro se, in support of the petition.

Decided October 27, 2010

———

## STATE OF CONNECTICUT *v.* DOUGLAS DOUGHERTY

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 872 (AC 30295), is denied.

*Lisa A. Vanderhoof,* special public defender, in support of the petition.

*Linda Currie-Zeffiro,* assistant state's attorney, in opposition.